IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| RE:  ERIC CHANDLER ) | |
| ) | |
| Bank of America Mortgage, ) | |
| Creditor, ) | |
| vs. ) | CASE NO. 09B37493 |
| ) | Judge A. Benjamin Goldgar |
| ERIC CHANDLER, ) | |
| Debtor, ) | |

### ORDER MODIFYING STAY

This cause coming to be heard on the Motion of Bank of America Mortgage, a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to Bank of America Mortgage and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 40202 North Costa Del Sol Drive, Queen Creek, AZ.

Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

DATED: __NOV 20 2009__    ENTERED BY: _____
Bankruptcy Judge A. Benjamin Goldgar

PIERCE & ASSOCIATES, P.C.
Attorneys for Creditor
1 North Dearborn
Suite 1300
Chicago, Illinois  60602
(312) 346-9088
PA No: 09-6367