## UNITED STATES BANKRUPTCY COURT
### NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHANDLER, ERIC | § | Case No. 09-37493 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 03/09/2012 in Courtroom B,

Park City Branch Court
301 Greenleaf Avenue
Park City, IL 60085

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____
                                              Clerk, U. S. Bankruptcy Court


*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHANDLER, ERIC | § | Case No. 09-37493 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,001.68 |
| and approved disbursements of | $ | 21.13 |
| leaving a balance on hand of[1] | $ | 4,980.55 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,250.17 | $ 0.00 | $ 1,250.17 |
| Trustee Expenses: JOSEPH E. COHEN | $ 29.70 | $ 0.00 | $ 29.70 |
| Attorney for Trustee Fees: COHEN & KROL | $ 1,244.00 | $ 0.00 | $ 1,244.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 2.45 | $ 2.45 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 2,523.87 |
| Remaining Balance | $ | 2,456.68 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,165.42  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.8  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $            3,198.40 | $            0.00 | $            857.29 |
| 000002 | Metro Square Dental Associates Deerpath Dental Specialists 10 West Phillip Road, Suite 105 Vernon Hills, IL 60061-1799 | $            114.09 | $            0.00 | $            30.58 |
| 000003 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | $            5,852.93 | $            0.00 | $            1,568.81 |

Total to be paid to timely general unsecured creditors          $            2,456.68

Remaining Balance          $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph E. Cohen _____
                                        Trustee

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 09-37493-ABG
Eric Chandler                                                           Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez          Page 1 of 2          Date Rcvd: Feb 14, 2012
                              Form ID: pdf006        Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2012.
db          #+Eric Chandler,   1331 Canopy Drive Apt 205,    Round Lake, IL 60073-5813
14551103      Bank of America,   475 Cross Point Parkway,   P. O. Box 9000,   Getzville, NY 14068-9000
15397930      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14551104      Chase Card Services,   P. O. Box 15153,   Wilmington, DE 19886-5153
14551105      Citibank,   Box 6000,   The Lakes, NV 89163-6000
14551106      Direct Loans,   c/o U. S. Department of Education,   P. O. Box 530260,   Atlanta, GA 30353-0260
14551107     +Metro Square Dental Associates,   Deerpath Dental Specialists,   10 West Phillip Road, Suite 105,
              Vernon Hills, IL 60061-1730
14551108     +Multi-Employer Property Trust,   Coventry Glen LLC,   DBA Coventry Glen Apartments,
              1399 Coventry Glen Drive,   Round Lake, IL 60073-2396
14551109     +Old Republic Equity Credit Services, Inc,   307 N. Michigan Avenue, 15th Floor,
              Chicago, IL 60601-5405
14551110     +Rural/Metro Fire Department,   4141 Granite Reef Road,   Scottsdale, AZ 85251-2866

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15663680     +E-mail/Text: resurgentbknotifications@resurgent.com Feb 15 2012 04:13:53
              PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
              PO Box 19008,   Greenville, SC 29602-9008
                                                                                    TOTAL: 1


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 16, 2012**                **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1              User: bchavez           Page 2 of 2              Date Rcvd: Feb 14, 2012
                                  Form ID: pdf006         Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2012 at the address(es) listed below:
          Gina B Krol    gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.co
           m
          Joseph E Cohen    jcohenattorney@aol.com,
           jcohen@ecf.epiqsystems.com;jcohen@cohenandkrol.com;jhazdra@cohenandkrol.com
          Maura K. McKeever    on behalf of Debtor Eric Chandler mmckeever@mkm-law.com,  mkmlawBK@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Stewart A Chapman    on behalf of Creditor  Bank of America Mortgage
           northerndistrict@atty-pierce.com
                                                                                              TOTAL: 5