UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHANDLER, ERIC | § | Case No. 09-37493 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By: /s/JOSEPH E. COHEN _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America 475 Cross Point Parkway P. O. Box 9000 Getzville, NY 14068-9000 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Direct Loans c/o U. S. Department of Education P. O. Box 530260 Atlanta, GA 30353-0260 | | | | | |
| | Old Republic Equity Credit Services, Inc 307 N. Michigan Avenue, 15th Floor Chicago, IL 60601 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rural/Metro Fire Department 4141 Granite Reef Road Scottsdale, AZ 85251 | | | | | |
| 000001 | CHASE BANK USA, N.A. | | | | | |
| 000002 | METRO SQUARE DENTAL ASSOCIATES | | | | | |
| 000003 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| Case No: | 09-37493 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: | CHANDLER, ERIC | Date Filed (f) or Converted (c): 10/08/09 (f) |
| | | 341(a) Meeting Date: 11/02/09 |
| For Period Ending: | 05/29/12 | Claims Bar Date: 06/28/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 40202 N. Costa Del Sol Drive Queen Creek, AZ 85242 | 79,900.00 | 0.00 | | 0.00 | 0.00 |
| 2. Checking Account Chase 1271 W. Route 134 Round Lak | 800.00 | 0.00 | | 0.00 | 0.00 |
| 3. Savings Account Wells Fargo 3012 Washington Kenosh | 841.00 | 0.00 | | 0.00 | 0.00 |
| 4. Couch, End Table, Entertainment Center, TV, Bedroo | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. CD's | 200.00 | 0.00 | | 0.00 | 0.00 |
| 6. Everyday Wearing Apparel | 500.00 | 0.00 | | 0.00 | 0.00 |
| 7. IRA Vanguard P. O. Box 1110 Valley Forge, PA 19482 | 1,858.77 | 0.00 | | 0.00 | 0.00 |
| 8. IRA Baxter International, Inc. & Subsidiaries P. O | 867.24 | 0.00 | | 0.00 | 0.00 |
| 9. Pension Arizona State Retirement System 3300 N. Ce | 4,375.10 | 0.00 | | 0.00 | 0.00 |
| 10. 2005 Toyota Prius | 7,750.00 | 0.00 | | 5,000.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.77 | FA |
| TOTALS (Excluding Unknown Values) | $99,092.11 | $0.00 | | $5,001.77 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS DETERMINED THERE IS EQUITY IN THE DEBTORS VEHICLE AND WILL SELL SAID VEHICLE. TRUSTEE HAS SOLD VEHICLE BACK
TO DEBTOR. TRUSTEE HAS SUBMITTED TFR AND NDR TO THE TRUSTEES OFFICE FOR REVIEW.

Initial Projected Date of Final Report (TFR): 05/31/13     Current Projected Date of Final Report (TFR): 01/31/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-37493 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | CHANDLER, ERIC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1228 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1625 | | | |
| For Period Ending: | 05/29/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/26/10 | 10 | ERIC CHANDLER | Sale of Vehicle | 1129-000 | 2,500.00 | | 2,500.00 |
| 04/10/10 | 10 | Eric Chandler | Sale of Vehicle | 1129-000 | 2,500.00 | | 5,000.00 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 5,000.09 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,000.22 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,000.35 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 5,000.47 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,000.60 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 5,000.72 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 5,000.84 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,000.97 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,001.10 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,001.23 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,001.27 |
| 03/29/11 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 2.45 | 4,998.82 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,998.86 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,998.90 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,998.94 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,998.98 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,999.02 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 4,999.07 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,999.11 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,999.15 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.37 | 4,992.78 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,992.82 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.16 | 4,986.66 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,986.70 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.15 | 4,980.55 |

Page Subtotals 5,001.68 21.13

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 09-37493 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | CHANDLER, ERIC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1228 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1625 | | | |
| For Period Ending: | 05/29/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,980.59 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,980.63 |
| 03/11/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 4,980.64 |
| 03/11/12 | | Transfer to Acct #*******2086 | Final Posting Transfer | 9999-000 | | 4,980.64 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | | 5,001.77 | 5,001.77 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 4,980.64 | |
| Subtotal | | 5,001.77 | 21.13 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 5,001.77 | 21.13 | |

Page Subtotals 0.09 4,980.64

Ver: 16.06b

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-37493 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | CHANDLER, ERIC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2086  BofA - Checking Account |
| Taxpayer ID No: | *******1625 | | | |
| For Period Ending: | 05/29/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/11/12 | | Transfer from Acct #*******1228 | Transfer In From MMA Account | 9999-000 | 4,980.64 | | 4,980.64 |
| 03/13/12 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,250.17 | 3,730.47 |
| 03/13/12 | 003002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Expenses | 2200-000 | | 29.70 | 3,700.77 |
| 03/13/12 | 003003 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 829.34 | 2,871.43 |
| 03/13/12 | 003004 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 414.66 | 2,456.77 |
| 03/13/12 | 003005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000001, Payment 26.80465% | 7100-000 | | 857.32 | 1,599.45 |
| 03/13/12 | 003006 | Metro Square Dental Associates<br>Deerpath Dental Specialists<br>10 West Phillip Road, Suite 105<br>Vernon Hills, IL 60061-1799 | Claim 000002, Payment 26.80340% | 7100-000 | | 30.58 | 1,568.87 |
| 03/13/12 | 003007 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000003, Payment 26.80487% | 7100-000 | | 1,568.87 | 0.00 |

Page Subtotals        4,980.64        4,980.64

Ver: 16.06b

Page: 4

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-37493 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | CHANDLER, ERIC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2086 BofA - Checking Account |
| Taxpayer ID No: | *******1625 | | | |
| For Period Ending: | 05/29/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 4,980.64 | 4,980.64 | 0.00 |
| | | | Less: Bank Transfers/CD's | 4,980.64 | 0.00 | |
| | | | Subtotal | 0.00 | 4,980.64 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 4,980.64 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********1228 | 5,001.77 | 21.13 | 0.00 |
| BofA - Checking Account - ********2086 | 0.00 | 4,980.64 | 0.00 |
| | 5,001.77 | 5,001.77 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)